**Order entered January 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01219-CV

**LINA CAGGIANO-BOER, Appellant**

**V.**

**CORY SCOTT MILLER, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05935-2017**

## ORDER

Before the Court is appellant's motion to accelerate the appeal and approve oral argument. We **DENY** appellant's motion.

/s/ ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE